IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ELITE AVIATION SERVICE, LLC                                              PLAINTIFF

VS.                              NO. 5:19-cv-05134-PKH

ACE POOLS, LLC and TRACY WELCHEL                                DEFENDANTS

**CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for Ace Pools, LLC, a single-member, Oklahoma limited liability company, certifies that Ace Pools, as of this date, does not have a parent corporation and that no publicly held corporation holds 10% or more of its stock.

DATED this 30th day of July, 2019.

                Respectfully submitted,

                By: */s/ William J. Changose*
                William J. Changose, AR2015165
                NATURAL STATE LAW, PLLC
                900 S. Shackleford Road, Suite 705
                Little Rock, AR  72211
                (501) 916-9848, phone
                (855) 415-8951 facsimile
                william.changose@natstatelaw.com
                Attorney for Defendants

## CERTIFICATE OF SERVICE

I, William J. Changose, do hereby certify that a true and correct copy of the foregoing Notice of Removal has been served upon following counsel of record via U.S. Mail postage prepaid:

Virgil W Young (AR BAR No. 79142)
vyoung@virgilyoung.com
Paul A. Young (AR Bar No. 2016127)
pyoung@virgilyoung.com
Ashley Jordan Davis (AR BAR No. 2017034)
Hale & Young PLLC
4801 North Hills Blvd.
Ste. 1550
North Little Rock, AR 72116
Phone (501) 753-4800 Facsimile (501)753-7477
*Attorneys for Elite Aviation Service, LLC*

on this the 18th day of July 2019

                                                */s/ William J. Changose*
                                                William J. Changose, AR2015165