| | |
|---|---|
| **From:** | Lander, Gregory S (FAA) |
| **To:** | William Changose |
| **Subject:** | N9493X |
| **Date:** | Wednesday, May 20, 2020 10:48:16 AM |

Dear Attorney Changose,

RE: N9493X

The FAA opened an investigation, 2019SW110007, into maintenance performed on a Cessna 182R, Tail number N9493X in April, 2019.  The aircraft was granted a one-time ferry permit to fly from Oklahoma City to Wings Avionics, in Fayetteville, Arkansas.  After its arrival in Fayetteville, AR, personnel from the Little Rock Fight Standards District Office, inspected the aircraft.   After an initial visual inspection, the FSDO personnel agreed that Mr. Brady Terry and Mr. Michael Sergeant would perform further inspection of the aircraft and report their findings to the Little Rock FSDO.  Mr. Terry was asked to fully document his inspeciton, including photos and video, and to provide statements, the photos and vidoe to the FAA.  The inspection and reporting process began in May 2019, and ended in March, 2020.  Based on the reports from the certified repair station personnel and a certified A&P (IA) mechanic, the aircraft continues to be grounded because the aircraft was rendered un-airworthy.  Due to concerns for the safety of the occupants and the general public, N9493X is not eligible for a ferry permit at this time.  The FAA issued an emergency order on May 8, 2020, revoking the repair station certificate of Elite Aviation Service of Springdale, Arkansas.  All reports, photographs, videos, and documentation received from Mr. Terry are contained in the FAA's investigative report, 2019SW110007.


Sincerely,

Gregory S. Lander
Attorney, Enforcement Branch
Southwest Team
FAA Southwest Region
Cell – Call First: 817-228-2564
Desk: (817) 222-5083
Main: (817) 222-5099

*********************************************************
PLEASE NOTE: This communication is CONFIDENTIAL; it may contain or reflect legal analysis and opinion of Agency Counsel for the benefit of Agency decision-making and action.  It may be subject to attorney/client; attorney work product; and or deliberative privileges from disclosure.

THIS MESSAGE is intended only for use by the named addressee and may contain privileged and/or confidential information.  If you are not the named addressee you should not disseminate, copy, or take any action in reliance on it.  If you have received this message in error please notify FAA Enforcement Division, Southwest Team, (817) 222-5099, and delete this message and any attachments accompanying it immediately.

**Exhibit G**