IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ELITE AVIATION SERVICE, LLC et al.**          **PLAINTIFFS/ COUNTER-DEFENDANTS**

vs.                                   CASE NO. 5:19-cv-05134-PKH

**ACE POOLS, LLC, and**
**TRACY WELCHEL**                                    **DEFENDANTS/COUNTER-CLAIMANTS**

## SEPARATE DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS

COMES NOW, separate Defendant/Counter-Claimant Tracy Welchel ("Welchel") by and through his attorneys, Natural State Law, PLLC, and Denton and Zachary, PLLC, and for his Statement of Undisputed Materials Facts, respectfully states:

1. The Federal Aviation Administration ("FAA") has a website which lists aircraft and their owners. (Exhibit 1).

2. According to the FAA, ACE Pools, LLC, ("ACE") owns the 1985 Cessna 182 aircraft, tail number N9493X, serial number 18268539 which is the centerpiece of this litigation (the "Aircraft"). (*FAA Registry*, Exhibit 2, *Deposition of Tracy Welchel*, Exhibit 3).

3. ACE is an Oklahoma limited liability company in good standing. (*Oklahoma Company Details*, Exhibit 4).

4. Mr. Tracy Welchel is the sole member and the manager of ACE. (*Operating Agreement*, Exhibit 5, p 1 & 3, *Deposition of Welchel*, Exhibit 6, p 1).

5. Mr. Tracy Welchel states the counterclaim in this litigation belongs to ACE not to him. (*Welchel* Exhibit 7, p 1, 2).

6. Elite Aviation Services, LLC, recognized ACE as the owner of the plane and

intended to send its invoices to ACE's place of business at 12177 Griffin Lane, Choctaw, OK 73020, but its invoices included a typographical error and mistakenly used the address "**1217** Griffin Lane, Choctaw, OK  73020." (Emphasis added.) (*Invoices*, Exhibit 8, pp 1-11).

7. All payments made to Elite Aviation Service, LLC were by and on behalf of ACE Pools, LLC and all checks paid by ACE to Elite Aviation Service, LLC were paid from a BancFirst account which was owned by ACE Pools, LLC. (*Copies of Checks*, Exhibit 9).

8. Ms. Kellye Beavers, is the Director of Administration for Elite Aviation, LLC. (*Deposition of Kellye Beavers*, Exhibit 10).

9. Ms. Kellye Beavers uses the FAA registry to determine who owns a particular aircraft.  (*Beavers* Exhibit 11).

10. Ms. Kelley Beavers acknowledged that the Aircraft belongs to ACE. (*Beavers* Exhibit 12).

**WHEREFORE**, based on the above undisputed material facts, Separate Defendant, Tracy Welchel respectfully requests Court grant his Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing him individually from this case, and for all just and proper relief to which he may be entitled.

Respectfully submitted,

By: */s/ William J. Changose*
William J. Changose, AR2015165
NATURAL STATE LAW, PLLC
900 S. Shackleford Road, Suite 705
Little Rock, AR  72211
(501) 916-9848, phone
(855) 415-8951 facsimile
william.changose@natstatelaw.com
Attorney for Defendants

       AND

       Justin C. Zachary, AR2010162
       Denton & Zachary, PLLC
       700 South German Lane, Suite 101
       Conway, Arkansas 72034
       (501) 358-4999 phone
       (501) 358-4737 facsimile
       justin@dentonandzachary.com
       Attorney for Defendants

## CERTIFICATE OF SERVICE

I, William J. Changose, do hereby certify that a true and correct copy of the foregoing Statement of Undisputed Material Facts has been served upon following counsel of record via the Court's Electronic Filing system:

Virgil W Young (AR BAR No. 79142)
vyoung@virgilyoung.com
Paul A. Young (AR Bar No. 2016127)
pyoung@virgilyoung.com
Ashley Jordan Davis (AR BAR No. 2017034)
Hale & Young PLLC
4801 North Hills Blvd.
Ste. 1550
North Little Rock, AR 72116
Phone (501) 753-4800 Facsimile (501)753-7477
*Attorneys for Elite Aviation Service, LLC*

AND

M. Stephen Bingham (AR Bar # 83023)
Abtin Mehdizadegan (AR Bar # 13136)
CROSS, GUNTER, WITHERSPOON
& GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock AR 72201
TEL: (501) 371-9999 /FAX: (501) 371-0035
sbingham@cgwg.com | abtin@cgwg.com

on this the 21th day of July, 2020.

                                                        */s/ William J. Changose*
                                                        William J. Changose, AR2015165