UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ELITE AVIATION SERVICE, LLC                                    PLAINTIFF/COUNTER-DEFENDANT

v.                                               No. 5:19-CV-05134

ACE POOLS, LLC and
TRACY WELCHEL                                                  DEFENDANTS/COUNTER-PLAINTIFFS

## JUDGMENT

Pursuant to the Court's opinion and ordered entered in this case on this date, IT IS HEREBY ADJUDGED that Ace Pools, LLC have and recover from Elite Aviation Service, LLC compensatory damages in the amount of $13,047.79 on its breach of contract claim. The parties' remaining claims and counterclaims are DISMISSED WITH PREJUDICE.

Interest on this judgment will accrue at the rate of 0.08% per annum from the date of entry of this judgment until paid.

IT IS SO ADJUDGED this 17th day of August, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE